```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :
                                       :
     -v-                               :   S1 12 Cr. 844 (RWS)
                                       :
ERIC FERNANDEZ,                        :
  a/k/a "Calvo," and                   :
PABLO VENTURA-NIEVES,                  :
  a/k/a "Pablo Ventura,"               :
                                       :
                    Defendants.        :
                                       :
- - - - - - - - - - - - - - - - - - - X
```

**GOVERNMENT'S MOTION PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3145 FOR REVOCATION OF RELEASE ORDERS AS TO DEFENDANTS ERIC FERNANDEZ, A/K/A "CALVO," AND PABLO VENTURA-NIEVES, A/K/A "PABLO VENTURA"**

The United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Jessica R. Lonergan and Russell Capone, Assistant United States Attorneys, of counsel, respectfully moves this Court to enter an Order, in the form attached, that revokes the orders releasing defendants Eric Fernandez, a/k/a "Calvo," and Pablo Ventura-Nieves, a/k/a "Pablo Ventura," on bail (the "Release Orders"). The Release Orders were issued by the Honorable Bruce J. McGiverin, United States Magistrate Judge for the District of Puerto Rico, on or about December 21, 2012. As grounds for this motion the Government relies on the facts and authorities set forth in its separately-filed Memorandum in Support.

For the reasons set forth in the Government's Memorandum in Support, the Court should grant the relief requested by entering an Order in the form attached.

Dated:   New York, New York
         January 4, 2013

Respectfully submitted,

*Jessica Lonergan*
Jessica R. Lonergan / Russell Capone
Assistant United States Attorneys
(212) 637-1038 / 2247

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :
                                       :
     -v-                               :    S1 12 Cr. 844 (RWS)
                                       :
ERIC FERNANDEZ,                        :
  a/k/a "Calvo," and                   :
PABLO VENTURA-NIEVES,                  :
  a/k/a "Pablo Ventura,"               :
                                       :
                    Defendants.        :
                                       :
- - - - - - - - - - - - - - - - - - - X
```

**ORDER PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3145, REVOKING RELEASE ORDERS AS TO DEFENDANTS ERIC FERNANDEZ, A/K/A "CALVO," AND PABLO VENTURA-NIEVES, A/K/A "PABLO VENTURA"**

Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Jessica R. Lonergan and Russell Capone, Assistant United States Attorneys, of counsel, it is hereby

ORDERED that the orders releasing defendants Eric Fernandez, a/k/a "Calvo," and Pablo Ventura-Nieves, a/k/a "Pablo Ventura," on bail, issued by the Honorable Bruce J. McGiverin, United States Magistrate Judge for the District of Puerto Rico, on or about December 21, 2012, are revoked, and that Fernandez and Ventura-Nieves are detained without bail pending trial.

Dated:   New York, New York
         January ___, 2013

                                    _____
                                    HONORABLE ROBERT W. SWEET
                                    UNITED STATES DISTRICT JUDGE