UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
UNITED STATES OF AMERICA,

                                                    S1 12 Cr. 844 (RWS)
                                                      O R D E R

  - against -

ERIC FERNANDEZ, a/k/a "Calvo," and
PABLO VENTURA-NIEVES, a/k/a
"Pablo Ventura,"

                   Defendants.

------------------------------------------X

**Sweet, D.J.**

      The Government's motion for the revocation of release orders as to the above named defendants, dated January 4, 2013, will be heard at noon on Wednesday, January 30, 2013, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**January 10, 2013**

                                          ROBERT W. SWEET
                                             U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/13