USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Eric Fernandez,

            Defendant.

12-cr-844-9 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendant Eric Fernandez has moved for compassionate release under 18 U.S.C. § 3582(c)(1). The Government is hereby ordered to respond to the motion by no later than May 20, 2020.

    The Defendant is also advised that he may request the appointment of counsel if he is unable to afford a lawyer. Attached to this order is a financial affidavit form. If the Defendant requests counsel to appointed, he should fill out and submit this form with his application.

    The Clerk of Court is respectfully directed to mail a copy of this order to the Defendant.

    SO ORDERED.

Dated: May 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

SDNY
CJA 23
(Rev. 1/12)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF

_____ v. _____

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge

District Court

Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box→)*  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOY-MENT**
Are you now employed? ☐ Yes ☐ No ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed? ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
VALUE / DESCRIPTION
IF YES, give value and description for each $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
_ Single
_ Married
_ Widowed
_ Separated or Divorced
Total No. of Dependents _____
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*
DESCRIPTION / TOTAL DEBT / MONTHLY PAYMENT

I certify under penalty of perjury that the foregoing is true and correct.

_____ SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) _____ Date

_____ FD/CJA/RET. ATTORNEY (PRINT)

☐ APPROVED ☐ DENIED

_____ ASSISTANT UNITED STATES ATTORNEY (PRINT)

_____ SIGNATURE OF JUDICIAL OFFICER _____ DATE