UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Eric Fernandez,

            Defendant.

12-cr-844-9 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, Daniel Parker is hereby appointed to represent Mr. Fernandez for the purpose of determining if there is a basis to file a motion for reconsideration of the Court's June 5, 2020 Memorandum and Order denying compassionate release, and, if so, filing that motion. Within two weeks of the date of this order, Mr. Parker should provide the Court with a status update on this matter.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Fernandez.

    SO ORDERED.

Dated: June 24, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge