USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Eric Fernandez,

            Defendant.

12-cr-844-9 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Government shall file a response to Defendant's motion for compassionate release (Dkt. No. 458) by September 28, 2020.  Defendant may file a reply by October 5, 2020.

    SO ORDERED.

Dated: September 21, 2020
       New York, New York

                                      ALISON J. NATHAN
                                  United States District Judge