UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020
```

United States of America,

–v–

Eric Fernandez,

Defendant.

12-cr-844 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 14, 2020, the Court granted the defendant's motion for compassionate release and ordered the defendant released from the custody of the Bureau of Prisons ("BOP"). The Court further resentenced the defendant to a sentence of time served plus five years of supervised release; and therefore it is

ORDERED that the mandatory, standard, and special conditions of supervised release listed in the Judgment dated April 10, 2015, (Dkt. No. 256), are reimposed;

IT IS FURTHER ORDERED that, as an additional condition of supervised release, the defendant, following his release from incarceration, shall immediately travel to his family home in Puerto Rico, where he shall self-isolate for a period of 14 days. During that 14-day period, the defendant will not leave the residence except to obtain necessary medical care;

IT IS FURTHER ORDERED that the defendant shall serve the first 12 months of supervised release on home detention, to be enforced by location monitoring technology at the discretion of the officer at the residence approved by probation. During that 12-month period, the defendant must obtain permission from the Probation Department prior to leaving his home, except in the case of a medical emergency.

Case 1:12-cr-00844-AJN   Document 470   Filed 10/16/20   Page 2 of 2

SO ORDERED.

Dated: October 16, 2020
   New York, New York

_____
ALISON J. NATHAN
United States District Judge

2