UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    S14 19 CR 536 (PKC)
                                                    12 CR 844-09 (PKC)

                 -against-                            <u>ORDER</u>

ERIC FERNANDO COLON,

                            Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing originally scheduled for February 22, 2024 is adjourned to March 21, 2024 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                    P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
          February 7, 2024