**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

April 11, 2024

**By ECF and email**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Eric Fernandez**
12 Cr 844 (XXXX) - VOSR
(PKC)

Dear Judge Castel:

I write requesting that the Court reappoint me *nunc pro tunc* to January 25, 2024 pursuant to the Criminal Justice Act to represent Mr. Fernandez on this Violation of Supervised Release.

If the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter and I will notify the CJA Clerk.

Thank you for your attention to this matter.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street, 6th Fl.
New York, NY 10016
917-670-7622
DanielParker@aol.com

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

4-11-24